IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| PAMELA F. JACOBS, individually and as surviving spouse of William L. Jacobs, Jr., deceased, | Civil Action File No.: |
|    Plaintiff, | |
| v. | |
| MICHAEL FARON BROWN, RENOVO SERVICES, LLC, RENAISSANCE RECOVERY SOLUTIONS, LLC, | |
|    Defendants, | |
| NUVELL NATIONAL AUTO FINANCE LLC, | |
|    Defendant and Third Party Plaintiff, | |
| v. | |
| RENAISSANCE RECOVERY SOLUTIONS, LLC and MONROE GUARANTY INSURANCE COMPANY, | |
|    Third Party Defendants | |
| and | |
| RENAISSANCE RECOVERY SOLUTIONS, LLC, UNITED STATES FIRE INSURANCE COMPANY, and INTERSTATE FIRE AND CASUALTY COMPANY, | |
|    Third Party Plaintiffs , | |

v.

MONROE GUARANTY INSURANCE
COMPANY and FCCI INSURANCE
COMPANY,

   Third Party Defendants.

**MONROE GUARANTY INSURANCE COMPANY
AND FCCI INSURANCE COMPANY'S
NOTICE OF REMOVAL**

      TO:   The Honorable Judges of the United States District Court for the
             Southern District of Georgia, Augusta Division

      COMES NOW Monroe Guaranty Insurance Company and FCCI Insurance

Company (collectively "FCCI"), and pursuant to 28 U.S.C. § 1446, without waiving

any defenses, respectfully shows this Court the following:

1.    A civil action has been filed and is now pending in the Superior Court of

Columbia County, State of Georgia with the parties named and aligned as stated in

the caption of this document. The action is designated there as Civil Action No.

2010-CV-0561.

2.    The third-party claims were severed from the underlying action by order of the

trial court on November 15, 2011. The underlying action was tried and judgment was

issued on December 8, 2011, a copy of which is attached hereto as Exhibit "A."

3.    An amended third-party complaint was filed by Renaissance Recovery

Solutions, LLC on February 11, 2014. United State Fire Insurance Company and

Interstate Fire and Casualty Company were newly added third-party plaintiffs to the action. Nuvell National Auto Finance, LLC was removed as a third-party plaintiff to the Third-Party Amended Complaint and is no longer a party to the instant action.

4.      FCCI is a newly added third-party defendant to the action. FCCI first received a copy of the Third-Party Amended Complaint on or about March 26, 2014 by way of service by the Fulton County Sheriff's Office. Therefore, this notice is being filed in this Court within thirty (30) days of receipt of the Third-Party Amended Complaint by FCCI Insurance Company in accordance with 28 U.S.C. § 1446(b)(3).

5.      Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit "B" is a copy of all process, pleadings, and orders served upon FCCI in this action.

6.      FCCI Insurance Company is now, and was at the commencement of this suit, and at all times has been a corporation organized and existing under the laws of the State of Florida, with its principal place of business located at 6300 University Parkway, Sarasota, Florida. They can be served by and through their registered agent at 6300 University Parkway, Sarasota, Florida. FCCI Insurance Company is deemed a citizen of the State of Florida. 28 U.S.C. § 1332(C); Holston Invs., Inc. B.V.A. v. LanLogistics Corp., 677 F.3d 1068, 1070 (11th Cir. 2012).

7.      Monroe Guaranty Insurance Company is now, and was at the commencement of this suit, and at all times has been a corporation organized and existing under the

laws of the State of Indiana, with its principal place of business located at 12800 N. Meridian Street, Suite 200, Carmel, Indiana. They can be served by and through their registered agent at 120 East Market Street, Suite 808, Indianapolis, Indiana. Monroe Guaranty Insurance Company is deemed a citizen of the State of Indiana. Id.

8.      Third-Party Plaintiff Renaissance Recovery Solutions, LLC, is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located at 30600 Telegraph Road, Suite 2345, Bingham Farms, Michigan.

9.      Upon information and belief, the following is a list of current or former members of Renaissance Recovery Solutions, LLC and their residency for purposes of establishing citizenship of Renaissance Recovery Solutions, LLC. Phillip Hanks, a current or former member and President, is a resident of Nashville, Tennessee. David Cowlbeck, a current or former manager, member and Chief Operating Officer, is a resident of Rockford, Michigan. Christopher Kato, a current or former manager and member, is a resident of Nashville, Tennessee. Scott Idsinga, a current or former manager, member and President, is a resident of Grand Rapids, Michigan. Craig Wolff, a current or former member and Chief Operating Officer, is a resident of Grand Rapids, Michigan. Chris Geiger, a current or former member, is a resident of Nashville, Tennessee. Timothy Brockdorf, a current or former member and

Treasurer, is a resident of Grand Rapids, Michigan. John Popma, a current or former member, is a resident of Grand Rapids, Michigan. Daniel Dunn, a current or former member and Secretary, is a resident of Grand Rapids, Michigan.

10.     Renaissance Recovery Solutions, LLC is deemed a citizen of the States of Michigan and Tennessee. Carden v. Arkoma Assocs., 494 U.S. 185, 195-196, 110 S.Ct. 1015 (1990); Rolling Green MHP, L.P. v. Comcast SCH Holdings LLC, 374 F.3d 1020, 1022 (11th Cir. 2004).

11.     Third-Party Plaintiff United States Fire Insurance Company is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 305 Madison Avenue, Morristown, New Jersey. United States Fire Insurance Company is deemed a citizen of the States of Delaware and New Jersey. 28 U.S.C. § 1332(C); Holston Invs., Inc. B.V.A. at 1070.

12.     Third-Party Plaintiff Interstate Fire & Casualty Insurance Company is a corporation organized and existing under the laws of the State of Illinois with its principal place of business located at 33 West Monroe Street, Chicago, Illinois. Fire & Casualty Insurance Company is deemed a citizen of the State of Illinois. Id.

13.     Third-Party Plaintiffs have filed suit against FCCI seeking the cost of defense in the underlying action, reimbursement of the judgment in the underlying action, a bad faith penalty and attorneys' fees and costs for the prosecution of the instant

action. The judgment in the underlying action, a copy of which is attached hereto as Exhibit "A," totaled $2,528,794.16.

14.     Third Party Plaintiffs' alleged damages total an amount in excess of the jurisdictional sum of $75,000, exclusive of interests and costs.

15.     The aforementioned Georgia Superior Court action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code §1332(a) and, accordingly, is one which may be removed to this Court by FCCI pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs and is between citizens of different states.

16.     FCCI attaches hereto a copy of FCCI's Notice of Removal filed in the Superior Court of Columbia County, Georgia, marked as Exhibit "C."


        WHEREFORE Defendant FCCI prays that the above action now pending in the Superior Court of Columbia County, Georgia be removed to this Court.

This 24th day of April, 2014.

Goodman McGuffey Lindsey & Johnson, LLP
Attorneys for FCCI Insurance Company

By:   *s/STEPHANIE F. GLICKAUF*
ROBERT M. DARROCH
GA State Bar No. 205490
rdarroch@gmlj.com
STEPHANIE F. GLICKAUF
GA State Bar No.  257540
sglickauf@gmlj.com
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone:  (404) 264-1500
Fax:    (404) 264-1737

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| PAMELA F. JACOBS, individually and as surviving spouse of William L. Jacobs, Jr., deceased,<br><br>   Plaintiff,<br><br>v.<br>MICHAEL FARON BROWN, RENOVO SERVICES, LLC, RENAISSANCE RECOVERY SOLUTIONS, LLC,<br><br>   Defendants,<br><br>NUVELL NATIONAL AUTO FINANCE LLC,<br><br>   Defendant and Third Party Plaintiff,<br><br>v.<br><br>RENAISSANCE RECOVERY SOLUTIONS, LLC and MONROE GUARANTY INSURANCE COMPANY,<br><br>   Third Party Defendants<br><br>and<br><br>RENAISSANCE RECOVERY SOLUTIONS, LLC, UNITED STATES FIRE INSURANCE COMPANY, and INTERSTATE FIRE AND CASUALTY COMPANY,<br><br>   Third Party Plaintiffs , | Civil Action File No.: |

v.

MONROE GUARANTY INSURANCE
COMPANY and FCCI INSURANCE
COMPANY,

Third Party Defendants.

## CERTIFICATE OF COMPLIANCE

The foregoing NOTICE OF REMOVAL is double-spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

s/STEPHANIE F. GLICKAUF
STEPHANIE F. GLICKAUF
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone:  (404) 264-1500
Fax:    (404) 264-1737
Email:  sglickauf@gmlj.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

PAMELA F. JACOBS, individually and
as surviving  spouse of William L. Jacobs,
Jr., deceased,

    Plaintiff,

v.

MICHAEL FARON BROWN, RENOVO
SERVICES, LLC, RENAISSANCE
RECOVERY SOLUTIONS, LLC,

    Defendants,

NUVELL NATIONAL AUTO FINANCE
LLC,

    Defendant and Third Party Plaintiff,

v.

RENAISSANCE RECOVERY
SOLUTIONS, LLC and MONROE
GUARANTY INSURANCE COMPANY,

    Third Party Defendants

and

RENAISSANCE RECOVERY
SOLUTIONS, LLC, UNITED STATES
FIRE INSURANCE COMPANY, and
INTERSTATE FIRE AND CASUALTY
COMPANY,

    Third Party Plaintiffs ,

Civil Action
File No.:

- 10 -

v.

MONROE GUARANTY INSURANCE
COMPANY and FCCI INSURANCE
COMPANY,

Third Party Defendants.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party or counsel for the opposing party in the civil action filed and pending in the Superior Court of Columbia County, State of Georgia, designated there as Civil Action No. 2010-CV-0561, with a copy of MONROE GUARANTY INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S NOTICE OF REMOVAL by depositing a copy of same in the United States Mail, postage prepaid, as follows:

John Gregory McCullough, Esq.
Gregson T. Haan, Esq.
McCullough Payne & Haan, LLC
171 17th Street, NW, Suite 975
Atlanta, GA 30363-1032
jmccullough@mphlawfirm.com

N. Kenneth Daniel, Esq.
Daniel & Lowe
P. O. Box 211790
Augusta, GA  30917
nkdaniel@aol.com

Raymond J. Doumar, Esq.
431 Walker Street
Augusta, GA 30901
ray@doumarlaw.com

Stephanie Collings Patel, Esq.
Dennis, Corry, Porter & Smith, L.L.P.
Piedmont Fourteen
Suite 900, 3535 Piedmont Road
Atlanta, GA 30305-4611
spatel@dcplaw.com

F. Michael Taylor, Esq.
Hull Barrett, PC
801 Broad Street, 7th Floor
Augusta, GA 30901
mtaylor@hullbarrett.com

This 24th day of April, 2014.

*S/STEPHANIE F. GLICKAUF*
STEPHANIE F. GLICKAUF
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone:  (404) 264-1500
Fax:    (404) 264-1737
Email:  sglickauf@gmlj.com