IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

RENAISSANCE RECOVERY        *
SOLUTIONS, LLC; UNITED STATES *
FIRE INSURANCE COMPANY; and *
INTERSTATE FIRE AND CASUALTY *
COMPANY,                    *
                            *
    Plaintiffs,             *
                            *
       vs.                  *     CV 114-102
                            *
MONROE GUARANTY INSURANCE   *
COMPANY and FCCI INSURANCE  *
COMPANY,                    *
                            *
    Defendants.             *

O R D E R

Upon consideration of the pending consent motion, and pursuant to the Federal Rule of Civil Procedure 67, **IT IS ORDERED** that Defendants Monroe Guaranty Insurance Company and FCCI Insurance Company shall deposit into the registry of the Court the amount of $632,198.53, which constitutes the Judgment entered by this Court on March 15, 2018.  These funds are to be deposited while Plaintiffs Renaissance Recovery Solutions, LLC, United States Fire Insurance Company, and Interstate Fire and Casualty Company pursue an appeal in the Eleventh Circuit Court of Appeals and shall remain in the registry until all pending appeals, subsequent appeals,

subsequent petitions, subsequent remands, and/or subsequent remittiturs are final and exhausted, or until the Court is otherwise notified by the parties that some other mutual arrangement or agreement as to the disbursement of funds has been made.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA